Craig HILLARD *v.* STATE of Arkansas

CR 94-238                                     888 S.W.2d 663

Supreme Court of Arkansas
Opinion delivered December 12, 1994

*Charles E. Halbert, Jr.,* for appellant.

No response.

Per Curiam. Charles E. Halbert, Jr., counsel for appellant, has asked permission to file a belated brief. The record was lodged on March 8, 1994. On April 8 an extension to June 16 was granted and on June 14 another extension to October 14 was granted. The latter was labeled "final extension." To date no brief has been filed.

We grant the motion. Because the breach of professional responsibility is clear, a copy of this opinion will be forwarded to the Committee on Professional Conduct.